UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN JOSEPH HOP WAH,

Defendant.

**INDICTMENT**

24 Cr.

**24CRIM 518**

### COUNT ONE
(Influencing, Impeding, or Retaliating Against a Federal Official by Threat)

The Grand Jury charges:

1. On or about August 7, 2024, in the Southern District of New York and elsewhere, JOHN JOSEPH HOP WAH, the defendant, threatened to murder a United States judge with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties, to wit, on or about August 7, 2024, WAH mailed a letter dated August 3, 2024 to the United States District Court for the Southern District of New York addressed to a United States Magistrate Judge and copying two United States District Judges, in which WAH threatened to murder such United States judges.

(Title 18, United States Code, Sections 115(a)(1)(B) and 2.)

### COUNT TWO
(Mailing Threatening Communications)

The Grand Jury further charges:

2. On or about August 7, 2024, in the Southern District of New York and elsewhere, JOHN JOSEPH HOP WAH, the defendant, knowingly deposited in any post office or authorized depository for mail matter, to be sent or delivered by the United States Postal Service or knowingly

caused to be delivered by the United States Postal Service according to the direction thereon, a communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing a threat to injure the person of the addressee or of another, to wit, WAH mailed a letter dated August 3, 2024, addressed to a United States Magistrate Judge and copying two United States District Judges, who are United States judges, as well as the Office of *Pro Se* Litigation for the Southern District of New York and an Assistant Corporation Counsel for the New York City Law Department (collectively, the "Victims"), in which WAH threatened to murder the Victims.

(Title 18, United States Code, Sections 876(c) and 2.)

FOREPERSON

DAMIAN WILLIAMS
United States Attorney